GENERAL ICE CREAM CORPORATION, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 28191.)

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur. [199 Misc. 620.]